UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>  Plaintiff,<br><br>v.<br><br>ISLANDS RESTAURANTS, L.P. dba ISLANDS FINE BURGERS & DRINKS; MARIVA ENTERPRISES, INC.,<br><br>  Defendants. | Case No. 2:12-cv-00766-RGK-JCG<br><br>[Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants Islands Restaurants, L.P. and Mariva Enterprises, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: NOV - 9 2012

*Gary Klausner*
United States District Judge